EDWIN J. AMANN v. CHASE SECURITIES CORPORATION.[1]

July 24, 1936.

No. 30,927.

*Stinchfield, Mackall, Crounse, McNally & Moore, John M. Palmer,* and *Flor & Reim,* for appellant.

*Thomas O. Streissguth* and *S. P. Gislason,* for respondent.

PER CURIAM.

This case was submitted on substantially the same record and briefs as in the case of Streissguth v. Chase Securities Corp. 198 Minn. 17, 268 N. W. 638, and must follow the decision therein.

Order affirmed.

[1]Reported in 268 N. W. 641.